# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2530

Vance Strader v. US Bank, et al

(U.S. District Court No.: 2-19-cv-00118)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 06, 2021
CJG/cc:    Christopher A. DeNardo, Esq.
           Lee M. Dellecker, Esq.
           Caroline P. Liebenguth, Esq.
           Bethann R. Lloyd, Esq.
           Lisa G. Michel, Esq.
           William C. Sandelands, Esq.
           Vance Strader

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate